# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

————————————

## No. ACM S32432

————————————

### UNITED STATES
*Appellee*

**v.**

### Emad H. ABDULLAH
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 25 July 2017

————————————

*Military Judge:* Brian D. Teter.

*Approved sentence:* Bad-conduct discharge, confinement for 7 months, forfeiture of $1,044.00 pay per month for 7 months, and reduction to E-1. Sentence adjudged 7 September 2016 by SpCM convened at Little Rock Air Force Base, Arkansas.

*For Appellant:* Major Virginia M. Bare, USAF.

*For Appellee:* Major Mary Ellen Payne, USAF.

Before MAYBERRY, JOHNSON, and SPERANZA, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court